## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Robert M. Schumann, et al.
                          Plaintiff,

v.                                                    Case No.: 1:16−cv−05994
                                                      Honorable Ronald A. Guzman

BIT Media Group LLC., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 3, 2017:

MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's motion for dismissal of the claims of Robert M. Schumann with prejudice [42] is granted. Case is dismissed with prejudice. Any pending motions or schedules are stricken as moot. Motion hearing set for 1/3/2017 is stricken and no appearance is required. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.